Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-672

**Effective Date of Registration:**
June 17, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

**Title of Work:** Owl sitting on the branches

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 27, 2016
**Nation of 1st Publication:** Belarus

## Author

• **Author:** Tatsiana Pilipenka
**Author Created:** 2-D artwork
**Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Tatsiana Pilipenka
ul. Pysina 31-74, Mogilev, Belarus

## Rights and Permissions

**Name:** Tatsiana Pilipenka
**Email:** tapilipa@gmail.com
**Address:** ul. Pysina 31-74
Mogilev Belarus

## Certification

**Name:** David Denholm
**Date:** June 17, 2025
**Applicant's Tracking Number:** TP2025061722



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-173

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Mandala seamless pattern

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 10, 2016
**Nation of 1st Publication:** Belarus

## Author

**Author:** Tatsiana Pilipenka
**Author Created:** 2-D artwork
**Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Tatsiana Pilipenka
ul. Pysina 31-74, Mogilev, Belarus

## Rights and Permissions

**Name:** Tatsiana Pilipenka
**Email:** tapilipa@gmail.com
**Address:** ul. Pysina 31-74
Mogilev Belarus

## Certification

**Name:** David Denholm
**Date:** June 16, 2025
**Applicant's Tracking Number:** TP2025061720



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-653**

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

**Title of Work:** Frogs and Dragonflies

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** February 28, 2014
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Tatsiana Pilipenka
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Tatsiana Pilipenka
ul. Pysina 31-74, Mogilev, Belarus

## Rights and Permissions

**Name:** Tatsiana Pilipenka
**Email:** tapilipa@gmail.com
**Address:** ul. Pysina 31-74
Mogilev Belarus

## Certification

**Name:** David Denholm
**Date:** June 16, 2025
**Applicant's Tracking Number:** TP2025061706



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-655

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
August 04, 2025

## Title

**Title of Work:** Frogs on pond with lilies

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** December 22, 2014
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Tatsiana Pilipenka
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Tatsiana Pilipenka
ul. Pysina 31-74, Mogilev, Belarus

## Rights and Permissions

**Name:** Tatsiana Pilipenka
**Email:** tapilipa@gmail.com
**Address:** ul. Pysina 31-74
Mogilev Belarus

## Certification

**Name:** David Denholm
**Date:** June 16, 2025
**Applicant's Tracking Number:** TP2025061708



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-656

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

**Title of Work:** Giraffe head sketch

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 10, 2014
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Tatsiana Pilipenka
**Author Created:** 2-D artwork
**Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Tatsiana Pilipenka
ul. Pysina 31-74, Mogilev, Belarus

## Rights and Permissions

**Name:** Tatsiana Pilipenka
**Email:** tapilipa@gmail.com
**Address:** ul. Pysina 31-74
Mogilev Belarus

## Certification

**Name:** David Denholm
**Date:** June 16, 2025
**Applicant's Tracking Number:** TP2025061709



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-657**

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

**Title of Work:**  Hand-drawn baby animals pattern

## Completion/Publication

**Year of Completion:**  2014
**Date of 1st Publication:**  January 19, 2014
**Nation of 1ˢᵗ Publication:**  Belarus

## Author

• **Author:**  Tatsiana Pilipenka
**Author Created:**  2-D artwork
**Citizen of:**  Belarus

## Copyright Claimant

**Copyright Claimant:**  Tatsiana Pilipenka
ul. Pysina 31-74, Mogilev, Belarus

## Rights and Permissions

**Name:**  Tatsiana Pilipenka
**Email:**  tapilipa@gmail.com
**Address:**  ul. Pysina 31-74
Mogilev  Belarus

## Certification

**Name:**  David Denholm
**Date:**  June 16, 2025
**Applicant's Tracking Number:**  TP2025061710



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-663**

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
August 04, 2025

## Title _____

| | |
|---|---|
| **Title of Work:** | Hand-drawn llamas |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | October 01, 2018 |
| **Nation of 1st Publication:** | Belarus |

## Author _____

| | |
|---|---|
| **Author:** | Tatsiana Pilipenka |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Tatsiana Pilipenka |
| | ul. Pysina 31-74, Mogilev, Belarus |

## Rights and Permissions _____

| | |
|---|---|
| **Name:** | Tatsiana Pilipenka |
| **Email:** | tapilipa@gmail.com |
| **Address:** | ul. Pysina 31-74 |
| | Mogilev Belarus |

## Certification _____

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 16, 2025 |
| **Applicant's Tracking Number:** | TP2025061715 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-664**

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
August 04, 2025

## Title
_____

**Title of Work:** Hand-drawn seamless baby cows

## Completion/Publication
_____

**Year of Completion:** 2014
**Date of 1st Publication:** February 01, 2014
**Nation of 1ˢᵗ Publication:** Belarus

## Author
_____

- **Author:** Tatsiana Pilipenka
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant
_____

**Copyright Claimant:** Tatsiana Pilipenka
ul. Pysina 31-74, Mogilev, Belarus

## Rights and Permissions
_____

**Name:** Tatsiana Pilipenka
**Email:** tapilipa@gmail.com
**Address:** ul. Pysina 31-74
Mogilev Belarus

## Certification
_____

**Name:** David Denholm
**Date:** June 16, 2025
**Applicant's Tracking Number:** TP2025061716



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-170

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Magic cute unicorn with castle

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 13, 2017
**Nation of 1ˢᵗ Publication:** Belarus

## Author

- **Author:** Tatsiana Pilipenka
**Author Created:** 2-D artwork
**Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Tatsiana Pilipenka
ul. Pysina 31-74, Mogilev, Belarus

## Rights and Permissions

**Name:** Tatsiana Pilipenka
**Email:** tapilipa@gmail.com
**Address:** ul. Pysina 31-74
Mogilev  Belarus

## Certification

**Name:** David Denholm
**Date:** June 16, 2025
**Applicant's Tracking Number:** TP2025061719

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

# VA 2-455-205

**Effective Date of Registration:**
June 17, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Watercolor animals:moms and babies

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 24, 2019
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Tatsiana Pilipenka
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Tatsiana Pilipenka
ul. Pysina 31-74, Mogilev, Belarus

## Rights and Permissions

**Name:** Tatsiana Pilipenka
**Email:** tapilipa@gmail.com
**Address:** ul. Pysina 31-74
Mogilev Belarus

## Certification

**Name:** David Denholm
**Date:** June 17, 2025
**Applicant's Tracking Number:** TP2025061732



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-206

**Effective Date of Registration:**
June 17, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Watercolor Giraffe Pattern

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** January 25, 2022
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Tatsiana Pilipenka
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Tatsiana Pilipenka
ul. Pysina 31-74, Mogilev, Belarus

---

## Rights and Permissions

**Name:** Tatsiana Pilipenka
**Email:** tapilipa@gmail.com
**Address:** ul. Pysina 31-74
Mogilev  Belarus

## Certification

**Name:** David Denholm
**Date:** June 17, 2025
**Applicant's Tracking Number:** TP2025061733



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VA 2-455-362

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Cartoon dinosaur II

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 22, 2015
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Tatsiana Pilipenka
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Tatsiana Pilipenka
ul. Pysina 31-74, Mogilev, Belarus

## Rights and Permissions

**Name:** Tatsiana Pilipenka
**Email:** tapilipa@gmail.com
**Address:** ul. Pysina 31-74
Mogilev Belarus

## Certification

**Name:** David Denholm
**Date:** June 16, 2025
**Applicant's Tracking Number:** TP2025061702

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-654

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

**Title of Work:** Frogs and dragonflies II

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 06, 2013
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Tatsiana Pilipenka
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Tatsiana Pilipenka
ul. Pysina 31-74, Mogilev, Belarus

## Rights and Permissions

**Name:** Tatsiana Pilipenka
**Email:** tapilipa@gmail.com
**Address:** ul. Pysina 31-74
Mogilev Belarus

## Certification

**Name:** David Denholm
**Date:** June 16, 2025
**Applicant's Tracking Number:** TP2025061707

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-455-658**

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Hand-drawn baby cows |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | December 08, 2013 |
| **Nation of 1st Publication:** | Belarus |

## Author

| | |
|---|---|
| **Author:** | Tatsiana Pilipenka |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tatsiana Pilipenka |
| | ul. Pysina 31-74, Mogilev, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tatsiana Pilipenka |
| **Email:** | tapilipa@gmail.com |
| **Address:** | ul. Pysina 31-74 |
| | Mogilev Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 16, 2025 |
| **Applicant's Tracking Number:** | TP2025061711 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-168

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** Hippos

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 07, 2015
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Tatsiana Pilipenka
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Tatsiana Pilipenka
ul. Pysina 31-74, Mogilev, Belarus

## Rights and Permissions

**Name:** Tatsiana Pilipenka
**Email:** tapilipa@gmail.com
**Address:** ul. Pysina 31-74
Mogilev Belarus

## Certification

**Name:** David Denholm
**Date:** June 16, 2025
**Applicant's Tracking Number:** TP2025061718

Page 1 of 2



# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-193**

**Effective Date of Registration:**
June 17, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Sketch of a flamingo with flowers

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** September 26, 2016
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Tatsiana Pilipenka
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Tatsiana Pilipenka
ul. Pysina 31-74, Mogilev, Belarus

## Rights and Permissions

**Name:** Tatsiana Pilipenka
**Email:** tapilipa@gmail.com
**Address:** ul. Pysina 31-74
Mogilev Belarus

## Certification

**Name:** David Denholm
**Date:** June 17, 2025
**Applicant's Tracking Number:** TP2025061728



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-195**

**Effective Date of Registration:**
June 17, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Sweet frogs and dragonflies

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** February 28, 2014
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Tatsiana Pilipenka
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Tatsiana Pilipenka
ul. Pysina 31-74, Mogilev, Belarus

## Rights and Permissions

**Name:** Tatsiana Pilipenka
**Email:** tapilipa@gmail.com
**Address:** ul. Pysina 31-74
Mogilev Belarus

## Certification

**Name:** David Denholm
**Date:** June 17, 2025
**Applicant's Tracking Number:** TP2025061730

