# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

TATSIANA PILIPENKA,

    Plaintiff,                                       Case No.: 1:26-cv-01975

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | FYZIUS |
| 2 | dhgoume |
| 3 | Yappi |
| 4 | ENLACHIC |
| 5 | Lqyzyc |
| 6 | zenglnmn |
| 7 | gengyishangmao |
| 8 | Yong Rui Textiles |
| 9 | US MOBEITI |
| 10 | Xiangchengshiweijieshangmaoyouxiangongsi |
| 11 | lszlsz |
| 12 | CiCily |
| 13 | RunningBear |
| 14 | ARTMULU |
| 15 | S H Yuke |
| 16 | Axtzh |
| 17 | Goodlucky Store |
| 18 | MvTongVer |
| 19 | Fopica Laundry Bag |
| 20 | Custom Universal |
| 21 | Aultmore |
| 22 | haiyangyuxiangshuichanyouxiangongsi |
| 23 | My-Door |
| 24 | chieftaintrade |
| 25 | MiMaJianCan |

| 26 | heweilidexiaodian |
|----|-------------------|
| 27 | Home Floorish |
| 28 | Marhabaing |
| 29 | jun-yanaa |
| 30 | Guitong |
| 31 | KKFJXC |
| 32 | Ourtheme |
| 33 | YanNFAN |
| 34 | GuangZhouYueRanDianShangYouXianGongSi |
| 35 | LAICAI-ICBC |
| 36 | zhihuzeng |
| 37 | zhanweisen |
| 38 | TEQUAN |