IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TATSIANA PILIPENKA,

    Plaintiff,

v.

TEQUAN,

    Defendant.

Case No.: 1:26-cv-01975

Judge Lindsay C. Jenkins

Magistrate Judge Albert Berry, III.

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendant |
| --- | --- |
| 1 | TEQUAN |